UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KATRINA L. DELLERMAN,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:13-cv-563
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## OPINION & ORDER

This matter is before the Court for consideration of the Magistrate Judge's July 28, 2014 Report and Recommendation ("R&R"). (ECF No. 17.) In that filing, the Magistrate Judge considered the administrative record (ECF No. 12), Plaintiff's statement of errors (ECF No. 13) and the Commissioner's memorandum in opposition (ECF No. 16). The Magistrate Judge recommended that the Court sustain Plaintiff's statement of specific errors and remand this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of evidence relating to the VA's 2001 disability determination.

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days. (*Id*. at 11–12.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id*. at 19.)

The Court has reviewed the R&R. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct,

the Court **ADOPTS** the R&R (ECF No. 17), **SUSTAINS** Plaintiff's statement of errors (ECF No. 13), and **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                        /s/   Gregory L. Frost
                                       GREGORY L. FROST
                                       UNITED STATES DISTRICT JUDGE