UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KATRINA L. DELLERMAN,**

    **Plaintiff,**

    v.                               Case No. 2:13-cv-563
                                      JUDGE GREGORY L. FROST
                                      Magistrate Judge Norah McCann King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## **ORDER**

This matter is before the Court for consideration of the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (ECF No. 19.) Pursuant to that stipulation, Plaintiff is awarded the sum of $3,150.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. The parties shall coordinate the payment of the award as set forth in the joint stipulation.

    **IT IS SO ORDERED.**

                                                      /s/   Gregory L. Frost
                                                     GREGORY L. FROST
                                                     UNITED STATES DISTRICT JUDGE